# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WILTSHIRE, | : | Civil No. 1:22-CV-01863 |
| Petitioner, | : | |
| v. | : | |
| ERIC BRADLEY, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of December 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is **DENIED**.

2. The Clerk of Court will **CLOSE** the case.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania